UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 8:18-cr-3-T-17AEP

MILLER ADRIAN ROMO LOPEZ,
VICTOR HERNAN MARIN HERNANDEZ,
FERNANDO EMILIO GARCIA BAGUI, and
VICTOR HUGO INTRIAGO ALARCON.

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested

leave to dismiss the Indictment against Defendants Miller Adrian Romo

Lopez, Victor Hernan Marin Hernandez, Fernando Emilio Garcia Bagui, and

Victor Hugo Intriago Alarcon, without prejudice.   Leave of Court is granted,

and the Indictment is dismissed against Defendants Miller Adrian Romo

Lopez, Victor Hernan Marin Hernandez, Fernando Emilio Garcia Bagui, and

Victor Hugo Intriago Alarcon, in the above-captioned case, without prejudice.

The Clerk of Court is directed to close this case as to Defendants Miller

Adrian Romo Lopez, Victor Hernan Marin Hernandez, Fernando Emilio

Garcia Bagui, and Victor Hugo Intriago Alarcon.

Dated: JANUARY 12th 2018

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copy to:
AUSA CALLAN L. ALBRITTON
Counsel of Record